IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00904-PSF-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

CHRISTOPHER A. WILLIAMS,

    Respondent.

## ORDER TO RESET HEARING

This matter is before the Court *sua sponte*. It is ORDERED that the show cause hearing currently set for June 19, 2006 is hereby RESET to **Tuesday, July 5, 2006 at 9:30 a.m.**

    DATED: May 24, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge