IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-00904-PSF-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

CHRISTOPHER A. WILLIAMS,

    Respondent.

## ORDER OF DISMISSAL

Upon petitioner's  Motion to Dismiss (Dkt. # 6), filed with this Court on June 2, 2006, it is hereby

ORDERED that the Motion to Dismiss is GRANTED.  This action is DISMISSED with prejudice, each side to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the hearing to show cause set for July 5, 2006 is VACATED.

DATED: June 5, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge